**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6267**

---

SCOTT ETHAN KAHL,

Plaintiff - Appellant,

versus

DAVIS MCLAUGHLIN, Deputy; DICK SANDERS,
Sheriff,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge. (00-165-
AMD)

---

Submitted:  July 27, 2000          Decided:  August 2, 2000

---

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Scott Ethan Kahl, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Scott Ethan Kahl appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint pursuant to 28 U.S.C.A. § 1915(e) (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Kahl v. McLaughlin, No. 00-165-AMD (D. Md. Feb. 1, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is dated January 28, 2000, the district court's records show that it was entered on the docket sheet on February 1, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was physically entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).